# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

### Eastern DIVISION  Massachusetts

RECEIPT # _54950_
AMOUNT $____ _150_
SUMMONS ISSUED__ _X-10_
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK._ _m___
DATE_____ _4-1-09_

04cv_____

HENRY J.GRAVES HRG ASSOCIATED
ALLIANCES REAL ESTATE SCHOOLS INC.
HENRY J.GRAVES
            Plaintiffs'

v.

DAERYL D.MALDEN LAW OFFICE LP
DARYL D. MALDEN
DEVINE BARROWS DEVINE LP.
THE MORTGAGE COMPANY INC.
PRESIDENT
NUR MOHOMMED
ALLSTATE MORTGAGE COMPANY
COMMONWEALTH OF MASSACHUSETTS
DENISE R. ALLEN
            Defendants'

## 04-10634 MEL

MAGISTRATE JUDGE Bowler

-----------------------------------------

~~CONTRACT~~ *Complaint,*

HENRY J.GRAVES HRG ASSOCIATED ALLIANCES REAL ESTATE SCHOOLS INC. Listing agent exclusive agent to sell said real estate of Denise R. ALLEN of 93 Normandy street Roxbury–Dorchester,Massachusetts Property to sell address is same 93 Normandy street Roxbury–Dorchester,Massachusetts.

1. Listing price Ms Allen;Denise R. said she wanted three hundred fifty thousands ($350,000.00) dollars. Cash sales.

2. Henry J.Graves is and employee of HENRY J.GRAVES HRG ASSOCIATED ALLIANCES REAL ESTATE SCHOOLS NC. He is also a real estate broker and and officer of the Corporation

3. The Schools and offices' is located at 67–69 Devon street Roxbury–Dorchester, Massachusetts

4. The property was advertize by word of mouth,because Ms. Allen says she dose not want to move right away.

5. A Purchase and Sale was executed by Mr. Carlton Brown and Mrs Patricia Brown, the buyers. With a reasonable deposit, because Carlton Brown and Patricia Brown says that the mortgage was not a problem. The Deposit was in the amount of five thousand ($5,000.00) dollars in two payment as follows the offer to purchase Was brought to Ms. Denise Allen. And she exceptd then the P&S with additional deposit of four thousand ($4,000.00) dollars Ms. Allen;Denise R. and I went over the P&S Agreement. Ms. Allen signed the agreement,I Henry J. Graves signed the agreement, and the Buyers, Mr. Brown:Carlton and Mrs Brown; Patricia signed the agreement

6. Mr. & Mrs Brown went forth to the mortgage Company Inc. with and office at 121 Tremont street suite 2b for a mortgage Mr. NUR Mohommed is employed by the Mortgage Company Inc. for a mortgage.

7. The Five Thousand ($5,000.00 ) dollars held By Henry J.Graves HRG ASSOCIATED ALLIANCES REAL ESTATE SCHOOLS INC. In and account.

8. Ms. Denise R. Allen the Call our office and wanted Henry J.Graves to come see She, and appointment was made. I Henry J.Graves Went to see "SHE" Ms Allen. She says that because her home was bein sold she paid some some bills and was falling behind in her mortgage payment one of her bill was the Boston Water and Sewer Commission, plus one of her tenant move out, and the other required some miner repairs which had to be fixed. Ms Allen; Denise R. wanted the deposit 9Earnest Money;paid by the purchaser) I, advised she that was not a goog ideal,however it was not my decision alone it shall other than the schools and Companies, The Buyers would have to approved the release of any fund.

9. I discuss the lissue internal and then with the Buyers Mr. Brown he aver it was ok, with he, I asked what about Mrs Brown? Mr. Brown said "He" asked and call back.

10. Ms Allen continue to call before Mr Brown answered, and I would always advise "She" it is not normal, however if the Browns' ok the release, the schools and Companies would have the Browns to release the same amount "She" received.

11. Mr and Mrs Brown allowed the two thousand ($2,000.00) to Ms. Denise R. Allen and two Thousand ($2,000.00) dollars to HENRY J.GRAVES HRG ASSOCIATED ALLIANCES real estate schools inc. Mrs Allen was Issued a check for two thousand ($2,000.00) dollars in which she process."cash".

12. Later Ms Denise R Allen Call and said that A Mr. Malden will be clling Me. I, said fine, presuming that this is a prospect who herd that Her home was for sale and She refer He here. Weeks pass and no call from Mr. Malden. So I call Ms. Allen; Denise R. and asked did she talk with Mr. Malden anymore, she said no, I further asked she how did Mr. Malden learn of the property for sale.

13. Ms. Enise R. Allen then inform Me That "Malden; Daryl D." was and Attorney and that He was going to render legal service for she at closing. An she could not understand why He "Malden " has not call.

14. A shart time (days ) Mr. Malden Call and asked to speak to Mr.Graves. I henry J. Graves answer and asked who is calling, He says Attorney Malden, and He is Ms

Allen attorney, great I reply, and how may I help you. Send Me the paperworks, I asked didn't you said that you were employed by Ms Denise R. Allen which is also Our Client. Mr. Malden I says you work for Ms. Allen what happen with the paper she gave you? Go to She and get your papers. Ad call back.

15. A few days later I, contact Ms.Allen and informed "she" That A. Mr Daryl D. Malden called, He wanted the paperwork, why would he asked 'uS" Din't you give Malden the papers. "She "says no, that she only talk to he on the telephone and every time she make and an appointment He would  move it back because He will be in Court at that time.

16. Mr. Malden and Ms. Allen met. And  Ms Allen informed Me of this. And for weeks I did not here from attorney Malden, and informed d"She pf this, Ms Allen also aver she was not able to reach Malden, only his answering services.

17. Time became of essance I contact Mr. Brown;Carlton, to get a status on the Mortgage processing and have He  talk with THE MORTGAGE COMPANY INC. Mr. Brown say's yes and that Mr. Mohommed say's every thang is well and that we should be passing soon, I then asked was THE MORTGAGE COMPANY INC. was The Lender, Mr. Brown say's He was not sure but Mr Mohommed business card is Mr. Mohommed was vice–President; I asked Mr. Brown to asked  Mr. Mohommed to call 'US" Mohommed Secretary call  I spoke with She, and She say's THE MORTGAGE COMPNY WAS THE LENDER and passing shall be soon. So I wanted to know who was the attorney for the Lender. And have the appraisal been completed. Mr. Mohommed and who is the appraisal? That appraisal has not been completed and that I must call the Appraisal to set up and appointment

18. I informed Mr. Mohommed that the appraisal shall call here, or He must call the appraisal and get and appoint time (ies) fot the appraisal.

19. I, now asked for the attorney name for the lender and He say's Michael Barrow

20. Malden; Daryl D. now dose not want to pay the six percent commission,He

say's that his fee is not even half that amount; and the the only reason he taken the

case is because Ms. Allen; Denise R.  and He is member of the same church, Malden

also say's that or all the agent real estate people is getting three (3%) and that is all

I shall get He will speak with his client; that II took advantage of his client, his client

dose not know that and that the property I worth a lot more than that. Malden also

say's I was suppose to appraised the Allen Home. He then went into suing under c–

93A. And made numberis other threats.

20. I Henry J.Graves contact DEVINE BORROWS DEVINE LP. LAW FRIM. And spoke to

Michael Barrows. The Lender attorney, to see the status of the mortgage application

and or the approximately collising date where as is was approaching the dealine and

No appraisal was made, I also wantd to concirmed that the mortgahe COMPANY INC.

was the Lender, and who was his employer. Borrows say's The MORTGAGE COMPANY

INC.was the lender. And that I was fishing. And should talk with Mohommed.

21. Going Back to Mohommed, Mr. Mohommed say's  that THE MORTGAGE

COMPANY INC. have fifty leder's and ALSTATE MORTGAGE CO. is the lender for

Carlton Brown and Patricia Brown. Ad that he trying to set up A date for closing.

22. Ms. Allen;Denise R. was not answering Her calls from here. For three or four

days, and then Ms Allen Call and said She was a patient at Massachusetts General

Hospital and shall be release the next day but will not be a home, bec ause She shal

go from MGH to The Bostonia House for a few day's  Ms Allen; Denise R. aver her

sickness did not make her incompetient She was still with right mind. And in self

control. Time was within day of experation of the commitment of the mortgage

And a passing date set. To Cover Ms. Denise R. Allen and "US" I explained to Ms

Allen and extention would be on the safe side. She was having time contacting

punitive damages

27. Criminal is reserve for further investigation. Cost for special investigation and fear of the threats made by Malden who avers' Barrows also made same Michael did made slanders remark to me and I am told DEVINE BARROWS DEVINE has rescue theirself as legal counsel of Mohommed;HUR; THE MORTGAGE COMPANY INC.; ALLSATATE MORTGAGE COM. ET AL.

28. Mr. Carlton Brown; Mrs Patricia Brown Say's That He and She have also paid Allstate Morthage Compny  Twelth Thousand five hundred ($12,500.00 ) dollars for private mortgage Insurance.

29. Mr. Carlton Brown and Mrs Patricia Brown say's that fifteen hundred dollars was paid to Mohommed; NUR. When Mohommed took the application as a processing application fee.

29. Attorney Daryl D. Malden call and appologzie for his action of threats

30. Attorney Malden call and propisition a proposal paying Me some money not to bring any civil suite or sue any of the defendents involved.

31. Attorney Malden call and left a message with one of the officer, an offer was fax to Malden and his partner

32. Mr Malden Informed Me that He shall have policeme's at the closing  and that

his partner have been talking with Mr. Brown and on behalh of Mrs Brown to Mr

Brown, also that Mr Brown avers' that a police Captain has contact he about the five

thousand  He alledge that the captain avers Malden sent He.

33. Be informed that above mention in  number 11 Ms. Denise R. Allen have

already spend two thousand ($2,000.00) dollars of the five thousad ($5,000.00)

dollars lond before the notice of foreclosure by the federal National mortgage Corp.

A federal Agency. Gliving  all plaintiffs' a lein secondary and that chapter 244 of

Massachusetts general laws.

34 It dose appears that a legal malpractice civil action is available to Denise R.

Allen et al. do to Attorney Malden and DEVINE BARROWS DEVINE


HENRY J.GRAVES HRG ASSAOCIATED ALLIANCES

REAL ESTATE SCHOOLS IN:

Henny J.Graves Individual:

By

HENRY J.GRAVES HRG ASSOCIATED ALLIANCES OF

REAL ESTATE AND HIGHER EDUCATION A

LEARNING UNIVERSITY CORP.LEGAL INSTITUTE
67-69 Devon street
POst Office Box 960221
Boston,Massachusetts 02±96
Telephone 617-541-0484 or 427-0214

04 10634 MEL

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS HENRY J. GRAVES HRG ASSOCIATED ALLIANCES REAL ESTATE SCHOOLS INC. HENRY J. GRAVES

**DEFENDANTS** DARYL D. MALDEN LAW OFFICE LP.

DARYL D. MALDEN    SUFFOLK

(b) County of Residence of First Listed Plaintiff    SUFFOLK
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
HENRY J.GRAVES HRG ASSOCIATED ALLIANCES
OF REAL ESTATE AND HIGHER EDUCATION A
LEARNING UNIVERSITY CORP LEGAL INSTITUTE 617-
67 67 Devon St.PO Box 960221 Boston Ma

Attorneys (If Known)
90 Warren Street
Roxbury,Massachusetts 02120
617-

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PLF | DEF | | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane  ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product  Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability  ☐ 365 Personal Injury — | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &  Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgement | Slander  ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'  Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability  Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine  **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product  ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability  ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle  ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle  Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability  ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury  Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | & Disclosure Act | | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting  ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment  Sentence | | ☐ 870 Taxes (U.S. Plaintiff | ☐ 900 Appeal of Fee |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/  Habeas Corpus: | ☐ 790 Other Labor Litigation | or Defendant) | Determination Under Equal Access to |
| ☐ 240 Torts to Land | Accommodations  ☐ 530 General | | | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare  ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights  ☐ 540 Mandamus & Other | Security Act | 26 USC 7609 | State Statutes |
| | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE    DOCKET NUMBER

DATE    SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

HENRY J.GRAVES HRG ASSOCIATED

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)_____

ALLIANCES REAL ESTATE SCHOOLS INC. v. CARYL D. MALDEN LAW FIRM PLP

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL
   COVER SHEET.  (SEE LOCAL RULE 40.1(A)(1)).

   ___   I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___   II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
               740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases

   ___   III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
               315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
               380, 385, 450, 891.

   ___   IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
               690, 810, 861-865, 870, 871, 875, 900.

   ___   V.    150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE
   HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS
   COURT?

                                              YES              NO

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE
   PUBLIC INTEREST?   (SEE 28 USC §2403)

                                              YES              NO

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

                                              YES              NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE
   28 USC §2284?

                                              YES              NO

7. DO ALL OF THE PARTIES  IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE
   COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"),  RESIDING IN MASSACHUSETTS RESIDE IN THE
   SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

                                              YES              NO

   A.    IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

         EASTERN DIVISION            CENTRAL DIVISION              WESTERN DIVISION

   B.    IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING
         GOVERNMENTAL AGENCIES,  RESIDING IN MASSACHUSETTS RESIDE?

         EASTERN DIVISION            CENTRAL DIVISION              WESTERN DIVISION

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME  HENRY J.GRAVES PRO.SE.ADVOCATE

ADDRESS 67-69 Devon St.P.O.Box 960221 Boston, Massachusetts 02196

TELEPHONE NO.  Telephone 617-541-0484 or 6170427-0214

(Cover sheet local.wpd  - 11/27/00)