%AO 440 (Rev. 8/01) Summons in a Civil Action

HENRYxJxGRAVES
XNDXXXXNDXALLXX

# UNITED STATES DISTRICT COURT
EASTERN                District of                MASSACHUSETTS

HENRY J.Graves individually

HENRY J.GRAVES HRG ASSOCIATED ALLIANCES
REAL ESTATE SCHOOLS INC.
V.

**SUMMONS IN A CIVIL CASE**

LAW OFFICE OF
DEVINE BARROWS DEVINE LP
MICHAEL    BARROWS DEXX INDIVIDUALLY
11

CASE NUMBER: 04cv 10634-MEL

## 04 10634 MEL

TO: (Name and address of Defendant)

MICHAEL    BARROWS
11 Beacon Street
Boston, Massachusetts 02108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HENRY J. GRAVES HRG ASSOCIATED ALLIANCES OF REAL ESTATE AND HIGHER
EDUCATION A LEARNING UNIVERSITY CORP.LEGAL INSTITUTE
ATTENTION HENRY J.GRAVES INDIVIDUALLY

67-69 Devon Street P.O. Box 960221
Boston,Massachusetts 02197
Telephone 617-541-0484 or 617 427-0214

BBO  #NONE APPLICABLE

an answer to the complaint which is served on you with this summons, within 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  4-1-04

≫AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE ~~MARCH~~ April 3, 2004 |
| NAME OF SERVER (PRINT) U.S.Postmaster general | TITLE Postal Services employee U.S. Mail |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: United States Postal Service Branch

☐ Returned unexecuted: _____

☐ Other (specify): Mail first class postal prepaid seal

**STATEMENT OF SERVICE FEES**

| TRAVEL 2:05 miles | SERVICES | TOTAL $0.37¢ |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 3,2004
Date

Signature of Server

Henry J.Graves left interal inbox P.O B
warren STREET Roxbury,Massachusetts 02121

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS
Eastern DIVISION Massachusetts

## CERTIFICATE OF SERVICE

04CV1034MEL.

1, Henry J. Graves, Pro Se Advocate, hereby certify that I caused a copy of the complaint document to be served by first class mail postage prepaid upon Defendant ~~Daryl D. Malden, Daryl D. Malden, 90 Warren Street Roxbury, Massachusetts 02120~~ DEVINE BARROWS DEVINE; (MICHAEL BARROWE 11 Beacon Street Boston, Massachusette 02108

Henry J. Graves Pro. Se-Advocate