AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN   District of   MASSACHUSETTS

HENRY J.GRAVES INDIVIDUALLY
HENRY J.GRAVES HRG ASSOCIATEDY
ALLIANCES REAL ESTATE SCHOOLS INC.

**SUMMONS IN A CIVIL CASE**

v

LAW OFFICE OF
DARYL D.MALDEN LP.
DORL D. MALDEN INDIVIDUALLY

CASE NUMBER 04cv 10634-MEL

04cv 10634 MEL

TO: (Name and address of Defendant)

DARYL D. MALDEN
90 WARREN STREET
ROXBURY,MASSACHUSETTS 02119

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HENRY J.GRAVES HRG ASSOCIATED ALLIANCES OF REAL ESTATE AND HIGHER
EDUCATION A LEARNING UNIVERSITY CORP. LEGAL INSTITUTE
67-69 Devon Street P.O. Box 960196
Boston, MASS Massachusetts 02196
Attention HENRY J.GRAVES Pro Se.Advocate
Telephone 617-541-0484 or 617 427-0214
BB) #NO N?A

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE   4-7-04

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 04/03/04 |
| NAME OF SERVER (PRINT) U.S. Postal Service | TITLE United STATES Government POSTMASTER GENERAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: U.S POSTMASTER GENERAL P.O. Branch #

☐ Returned unexecuted: _____

☐ Other (specify): Mail Firstclass Postage Prepaid

**STATEMENT OF SERVICE FEES**

| TRAVEL 1:05 Miles | SERVICES | TOTAL THIRTY SEVEN CENT |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04/03/04
            Date

Signature of Server

67-69 Devon Street
P.O.Box 960221
Boston, Massachusetts 02196
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.