SCANNED
DATE: 4-20-04
BY: ___

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____eastern_____ District of _____massachusetts_____

HENRY J. GRAVES HRG ASSOCIATED ALLIANCES
REAL ESTATE SCHOOLS INC.

**SUMMONS IN A CIVIL CASE**

V.

DENISE R. ALLEN; DARYL D. MALDEN

CASE NUMBER:

04cv10634 MEL

TO: (Name and address of Defendant)

DENISE R. ALLEN
93 NORMANDY STREET SUTIE ONE
DORCHESTER MASSACHUSETTS 02121

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HENRY J. GRAVES HRG ASSOCIATED ALLIANCES
OF REAL ESTATE AND HIGHER EDUCATION A
LEARNING UNIVERSITY CORP. LEGAL INSTITUTE
67-69 DEVON STREET P.O. BOX 960196
BOSTON, MASSACHUSETTS 02196

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 4-1-04