UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS
Eastern DIVISION Massachusetts

04cv10634 MEL

PLAINTIFF MOTION
FOR
DEFAULT JUDGEMENT

HENRY J. GRAVES HRG ASSOCIATED ALLIANCDS
REAL ESTATE SCHOOLS INC, et al
        Litigant's

V

LAW OFFICE OF
DARYL D. MALDEN PARTNERSHIP et al
        Respondent's

 I, HENRY J. GRAVES Plaintiff state that the complaint and summons have been served on the defendant Denise R Allen and returned to your court, and that the time in which the Defendant Denise R Allen may serve and answer or responsive pleading upon me has expired and that the Defendant has not served and answer or responsive pleading upon me nor has he filed any pleading in court.

 WHEREFORE, the Plaintiff Henry J Graves make application that the Defendant be defaulted

Signed under the penalty of perjury.

HENRY J. GAVES HRG ASSOC.
67-69 Devon POB Boston, Ma. 960221
Telephone 617-541-0484