UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS
Eastern DIVISION Massachusetts



04cv10634 MEL

---

**HENRY J.GRAVES HRG ASSOCIATED ALLIANCDS
REAL ESTATE SCHOOLS INC, et al**
                           Litigant's

V

**LAW OFFICE OF
DARYL D.MALDEN PARTNERSHIP et al**
                           Respondent's

---

   I,HENRY J. GRAVES Plaintiff state that the complaint and summons have been served on the defendant Daryl D Malden and returned to your court, and that the time in which the Defendant Daryl D. Malden may serve and answer or responsive pleading upon me has expired and that the Defendant has not served and answer or responsive pleading upon me nor has he filed any pleading in court.

   WHEREFORE, the Plaintiff Henry J Graves make application that the Defendant be defaulted

                                      Signed under the penalty of perjury.

                                      HENRY J.GAVES HRG ASSOC.
                                      67-69 Devon POB Boston,Ma.960221
                                      Telephone 617-541-0484