UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS
Eastern DIVISION Massachusetts

04cv10634L

**HENRY J.GRAVES HRG ASSOCIATED ALLIANCDS REAL ESTATE SCHOOLS INC, et al**
                                **Litigant's**

V

**LAW OFFICE OF
DARYL D.MALDEN PARTNERSHIP et al**
                                **Respondent's**

I, HENRY J. GRAVES Plaintiff state that the complaint and summons have been served on the defendant Michael Barrows and returned to your court, and that the time in which the Defendant Michael Barrows may serve and answer or responsive pleading upon me has expired and that the Defendant has not served and answer or responsive pleading upon me nor has he filed any pleading in court.

WHEREFORE, the Plaintiff Henry J Graves make application that the Defendant be defaulted

                                            Signed under the penalty of perjury.
                                            HENRY J.GAVES HRG ASSOC.
                                            67-69 Devon POB Boston,Ma.960221
                                            Telephone 617-541-0484