UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HENRY J. GRAVES HRG ASSOCIATED )
ALLIANCE REAL ESTATE SCHOOLS, )
INC. )
)
      Plaintiffs, )
)
v. ) C.A. No. 04-10634-MEL
)
DAERYL D. MALDEN LAW OFFICE, LP, )
et al. )
      Defendants. )
)
)

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as attorney for the defendant, Daeryl D. Malden Law Office, LP, et al. in the above-captioned matter.

                    Respectfully submitted,

                    THOMAS F. REILLY
                    ATTORNEY GENERAL

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand)

on 5/28/04

/s/ Balakris

                    Annapurna Balakrishna, BBO# 655051
                    Assistant Attorney General
                    Office of the Attorney General
                    One Ashburton Place, Room 2019
                    Boston, MA 02108-1698
                    (617) 727-2200, ext. 2678
                    facsimile: (617) 727-5785

Date: May 28, 2004