UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HENRY J. GRAVES HRG ASSOCIATED ALLIANCE REAL ESTATE SCHOOLS, INC, <br><br> Plaintiff, <br><br> v. <br><br> DAERYL D. MALDEN LAW OFFICE, LLP, <br> DARYL D. MALDEN, <br> DEVINE BARROWS DEVINE LLP, <br> THE MORTGAGE COMPANY INC., <br> PRESIDENT, <br> NUR MOHOMMED, <br> ALLSTATE MORTGAGE COMPANY, <br> COMMONWEALTH OF MASSACHUSETTS, and <br> DENISE R. ALLEN, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL NO. 04-10634-MEL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as attorney for the defendant, The Mortgage Company, Inc. in the above-captioned matter.[1]

Dated:  June 8, 2004                                    Respectfully submitted,


                                                                     /s/ Kenneth D. Small
                                                                    Kenneth D. Small, BBO# 567868
                                                                    Sherin and Lodgen LLP
                                                                    100 Summer Street
                                                                    Boston, MA  02110
                                                                    (617) 646-2000

---

[1]  The Mortgage Company does not admit service of process in the above captioned matter.

{00005805.DOC /}