UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HENRY J. GRAVES HRG ASSOCIATED )
ALLIANCE REAL ESTATE SCHOOLS, )
INC, )
)
      Plaintiff, )
)
v. )
) CIVIL NO. 04-10634-MEL
DAERYL D. MALDEN LAW OFFICE, LLP, )
DARYL D. MALDEN, )
DEVINE BARROWS DEVINE LLP, )
THE MORTGAGE COMPANY INC., )
PRESIDENT, )
NUR MOHOMMED, )
ALLSTATE MORTGAGE COMPANY, )
COMMONWEALTH OF MASSACHUSETTS, and )
DENISE R. ALLEN, )
)
)
      Defendants. )

**THE MORTGAGE COMPANY, INC.'S JOINDER IN DENISE R. ALLEN'S
MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendant, The Mortgage Company, Inc. hereby joins in Defendant Denise R. Allen's motion to dismiss to the extent the motion seeks to dismiss for lack of subject matter jurisdiction. In support of this motion, The Mortgage Company, Inc. relies on the memorandum of law filed

{00005820.DOC /}

in support of Denise R. Allen's motion to dismiss.

>Respectfully submitted,
>
>THE MORTGAGE COMPANY, INC.
>
>By their attorneys,
>
>___/s/ Kenneth D. Small___
>Kenneth D. Small, BBO# 567868
>Daryl DeValerio Andrews, BBO# 658523
>Sherin and Lodgen LLP
>100 Summer Street
>Boston, MA 02110
>(617) 646-2000

Dated: June 8, 2004

### Certification Pursuant to Local Rule 7.1

I certify that on June 8, 2004, I left a telephone message with the plaintiff in an attempt to confer in good faith to resolve or narrow the issues raised in this motion.

>_____
>Daryl DeValerio Andrews

{00005820.DOC /}