UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HENRY J. GRAVES HRG ASSOCIATED ALLIANCE REAL ESTATE SCHOOLS, INC, <br><br> Plaintiff, <br><br> v. <br><br> DAERYL D. MALDEN LAW OFFICE, LLP, DARYL D. MALDEN, DEVINE BARROWS DEVINE LLP, THE MORTGAGE COMPANY INC., PRESIDENT, NUR MOHOMMED, ALLSTATE MORTGAGE COMPANY, COMMONWEALTH OF MASSACHUSETTS, and DENISE R. ALLEN, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL NO. 04-10634-MEL |

**THE MORTGAGE COMPANY, INC.'S**
**CORPORATE DISCLOSURE**

Pursuant to Federal Rule of Civil procedure 7.1 and Local Rule 7.3, The Mortgage Company, Inc. hereby states that it is a privately held company with no parent company. No company owns more than 10% of the stock of The Mortgage Company, Inc..

THE MORTGAGE COMPANY,

By its attorneys,

_/s/ Kenneth D. Small_
Kenneth D. Small (BBO# 567868)
Daryl DeValerio Andrews (BBO #658523)
Sherin and Lodgen LLP
100 Summer Street
Boston, MA  02110
(617) 646-2000

Dated:  June 8, 2004