UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HENRY J. GRAVES HRG ASSOCIATED ALLIANCE REAL ESTATE SCHOOLS, INC, <br><br> Plaintiff, <br><br> v. <br><br> DAERYL D. MALDEN LAW OFFICE, LLP, <br> DARYL D. MALDEN, <br> DEVINE BARROWS DEVINE LLP, <br> THE MORTGAGE COMPANY INC., <br> PRESIDENT, <br> NUR MOHOMMED, <br> ALLSTATE MORTGAGE COMPANY, <br> COMMONWEALTH OF MASSACHUSETTS, and <br> DENISE R. ALLEN, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL NO. 04-10634-MEL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to U.S.D.C. Local Rule 83.5.2 (e) that effective July 6, 2004, Sherin and Lodgen LLP relocated its offices to 101 Federal Street, Boston, Massachusetts 02110. Our telephone and fax numbers are the same.

                                                  THE MORTGAGE COMPANY, INC.
                                                  By its attorneys,

                                                  /s/ Kenneth D. Small_____
                                                  Kenneth D. Small BBO#: 567868
                                                  Daryl D. Andrews BBO#: 658523
                                                  Sherin and Lodgen LLP
                                                  101 Federal Street
                                                  Boston, MA 02110
                                                  (617) 646-2000

Dated:  July 12, 2004

00011814.DOC