UNITED STATES DISTRICT COURT
CLERKS OFFICE
MASSACHUSETTS DISTRICT
EASTERN DIVISION

2004 JUN 14 A 9:07

U.S. DISTRICT COURT
DISTRICT OF MASS.

HENRY J. GRAVES HRG ASSOCIATED ALLIANCES )
REAL ESTATE SCHOOLS INC. )
HENRY J. GRAVES )
)
V )
)
DARYL D. MALDEN LAW OFFICE ; ETAL )
)

04cv10634MEL

MOTION OF CORRECTION TO THE SPELLING
OF THE FIRST NAME OF THE DEFENDANT
OF THE FIRST PARTY AND STATE SPECIFIC
THE DEPARTMENT OF THE COMMONWEALTH
OF MASSACHUSETTS

1. Come now the plaintiff for his self and say that the Defendant DAERYL D. MALDEN LAW

OFFICE ; Be strike and read DARYL D. MALDEN AND KATIA SCHUSTER A

PARTNERSHIP.

2. The COMMONWEALTH OF MASSACHUSETTS ET AL : Shall read THE BOARD OF
REAL ESTATE REGISTRATION ET AL.

HENRY J. GRAVES

*Henry J Graves*

HENRY J. GRAVES HRG ASSOCIATED ALLIANCES
OF REAL ESTATE AND HIGHER EDUCATION A
LEARNING UNIVERSITY CORP. LEGAL INSTITUTE
67-69 Devon St P.O. Box 960221
Boston Massachusetts 02196
617 541-0484 or 617 427-0214