## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

HENRY GRAVES, et al
       Plaintiff(s)

v.                              CIVIL ACTION NO. 04-10634-MEL

DAERYL D. MALDEN LAW OFFICE LP, et al
       Defendant(s)

**JUDGMENT IN A CIVIL CASE**

LASKER.S.D.J.

**G**   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED :**

In accordance with the endorsement of August 30, 2004. Granting Defendants motions to Dismiss. This Complaint is Dismissed.

TONY ANASTAS,
CLERK OF COURT

Dated: August 31, 2004           By /s/ George H. Howarth
                                                    Deputy Clerk