UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Eastern division

04CV10634MEL
Motion to vacate judgement
Of deputdy clerk/crtrm clerk
Judge Morris E Lasker

HENRY J GRAVES HRG ASSOCIATED
ALLIANCES OF REAL ESTATE AND
HIGHER EDUCATION A LEARNING
UNIVERSITY: HENRY J GRAVES HRG
ASSOCIATED ALLIANCES REAL
ESTATE SCHOOLS INC.: HENRY J
GRAVES:ET AL
        Litigant

V

DARYL D. MALDEN LAW OFFICE
VITIA SCHUSTER ET AL
        Respondants'

---

    Come now the plaintiff Henry J. Graves in his official capacity and move this court To vacate the dismissed civil case # 04cv10634MEL of judgement by Howart; George H. For the Defendants' and further resolve to oral argument in opposition to defendant motion Of dismissed L.R.Civ.P. 7.1(D) and F.R.Civ. 6(d)

Henry J. Graves
*/signature/*
HENRY J GRAVES HRG ASSOCIATED ALLI
REAL ESTATE AND HIGHER EDUCATION A
LEARNING UNIVERSITY CORP.LEGAL
INSTITUTE
67-69 devon st p.o. box 690221
Boston, MA. 02196