UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS
Eastern Division

FILED
CLERK'S OFFICE

2004 SEP 10 P 3: 74

U.S. DISTRICT COURT
DISTRICT OF MASS

HENRY J. GRAVES, Individually, HENRY J. GRAVES, HRG ASSOCIATED ALLIANCES REAL ESTATE SCHOOLS, INC.,
Plaintiffs

v.

LAW OFFICE OF DEVINE BARROWS DEVINE, LP, MICHAEL BARROWS, Individually,
Defendants

CIVIL ACTION NO. 04-CV-10634 MEL

## OPPOSITION OF MICHAEL BARROWS TO PLAINTIFF'S MOTION TO VACATE JUDGMENT

The defendants, Devine Barrows Devine, LP and Michael Barrows, hereby oppose plaintiff's motion to vacate the dismissal of this action. In support therefor, the defendants rely upon and incorporate by reference their previously filed Motion to Dismiss and the motions to dismiss filed by the other defendants in this action. For all of the foregoing reasons, the defendants respectfully submit that the plaintiff's motion to vacate the dismissal be denied.

DEVINE BARROWS DEVINE, LP and
MICHAEL BARROWS
By their attorneys,

Michael J. Stone, Esq., BBO No.: 482060
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

## CERTIFICATE OF SERVICE

I, Michael J. Stone, Esq., hereby certify that on this 9th day of September, 2004, I caused a copy of the above to be served by first class mail, postage prepaid to:

Henry J. Graves, pro se
67-69 Devon Street
P.O. Box 960221
Boston, MA 02197

Darryl D. Malden, Esq.
Darryl D. Malden Law Office, LP
90 Warren Street, Suite 100
Boston, MA 02119

Annapurna Balakrishna
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698

Kenneth D. Small, Esq.
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110

_____
Michael J. Stone

PABOS2:MSTONE:596730_1

14811-90578

2