UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HENRY J. GRAVES HRG ASSOCIATED<br>ALLIANCE REAL ESTATE SCHOOLS,<br>INC,<br><br>    Plaintiff,<br><br>v.<br><br>DARYL D. MALDEN LAW OFFICE, LLP,<br>DARYL D. MALDEN,<br>DEVINE BARROWS DEVINE LLP,<br>THE MORTGAGE COMPANY INC.,<br>PRESIDENT,<br>NUR MOHOMMED,<br>ALLSTATE MORTGAGE COMPANY,<br>COMMONWEALTH OF MASSACHUSETTS, and<br>DENISE R. ALLEN,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL NO. 04-10634-MEL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## THE MORTGAGE COMPANY, INC.'S OPPOSITION TO
## MOTION TO VACATE JUDGMENT

  The Mortgage Company, Inc. ("Mortgage Company") submits this opposition to the Plaintiff's motion to vacate judgment. This motion is without merit and should be treated as such. The Court, Lasker, J., granted defendants' motions to dismiss after giving the plaintiff ample opportunity to oppose and argue against the motions. The plaintiff simply failed to do so. The plaintiff should not be allowed to resurrect his claim after the court has dismissed the Complaint.

{00021119.DOC /}

In further support of this opposition, the Mortgage Company relies on the previously filed motions to dismiss filed by the defendants in this action.

WHEREFORE, the Mortgage Company requests that the plaintiff's motion be denied.

Respectfully submitted,

THE MORTGAGE COMPANY, INC.

By its attorneys,

   /s/ Kenneth D. Small_
Kenneth D. Small, BBO# 567868
Daryl DeValerio Andrews, BBO# 658523
Sherin and Lodgen LLP
101 Federal Street
Boston, MA  02110
(617) 646-2000

Dated: September 14, 2004