Untitled

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

04cv10634MEL
~~04cv44754MEL~~
04cv1083ymEL

| | |
|---|---|
| HENRY J GRAVES HRG ASSOCIATED of all<br>ALLIANCES OF REAL ESTATE AND 7.1(a)<br>HIGHER EDUCATION A LEARNING UNIVERSITY: et al<br>    Plaintiff's | Motion to setaside order's<br>For defendant's F.R.civ Proce. 7.1(A)<br>(b)(1) |
| v | |
| DARYL D MALDEN LAW OFFICE etal<br>KATIA SCHUSETE<br>    Defendant's | |

In memorandum to support motion HENRY J GRAVES HRG ASSOCOATED ALLIANCES OF REAL ESTATE AND HIGHER EDUCATION A LEARNING UNIVERSITY; Plaintiff's says that Daryl.D Malden and Kitia Schuster of the law office of Daryl D.Malden LP. by deceptive practice collectively and negligence on behalf of defendant Denise R. Allen,their client.

In 2004 Plaintiff's HENRY J GRAVES HRG ASSOCIATED ALLIANCES OF REAL ESTATE AND HIGHER EDUCATION A LEARNING UNIVERSITY et al, through and exclusive right to sell a certain a certain parcel of real estate owned by Denise R.Allen (2nd defendant) located in the Dorchester District of Massachusetts with address knpwn as 93 normandy street. their deceptive legal practice and negilence cause defendant Allen; Denise R. to breach her contract with mortgagee and municipal commission BW&S of Boston Ma. Do to their wrong Allen; Denise R requested to used the earnest money deposit; which the authority to releast this fund was not within the jurisdiction of our contract, Allen asked that the requesed be made to the Purchaser's the "Browns" However the " Browns"' also release in equal amount to the exclusive agent to sell. "malden" was not Allen legal counsel at this time.

(3)  Later Allen inform this offic that someone would contact the company known as Malden,unreasonable time exspired and no contact from "Malden" and at this time notice from the mortgagee and BW&S Commission began their harasment, "Allen " was not available do to illness she said and was hospitalize.

Untitled

HENRY J GRAVES HRG ASSOCIATED ALLIANCES  -V-
malden;usa-comm.ma;cityofboston;devivebarrows;schuster;etal:
OF REAL ESTATE AND HIGHER EDUCATION A
A LEARNING UNIVERSITY ET AL.

(4) Daryl D.Malden and Retia Schuster; Law Office LP.; Devine Barrows Devine LP and Commonwealth of MA. Office of Professional Services Director and Board; and Attorney General of Mass Achusetts; The USA Postal Services and the USA District Court office of the Clerk; George Howarth;courtroom Clerk for Morris E. Lasker Judge; Assistant A.G. Annapurna Balakrishna office of Ma. A.G Thomas Raillely office of Government Bureau Massachusetts; Peabody and Aronald LLP Law Firm partner Michael J. Stone or Conspiators' within the civil action NO.04CV10634MEL.;

(5) Through november 2004 records shows that excluding the contracts of the Attorney's and their client's Malden Law Office and Devine Barrows Devine Law office have each manipulated twenty-five thousnd ($25,000.00) in various fraudgelent convancey of 93 normandy street Dorchester,Massachusetts inclusive subdivision 95 normandy.

(6) HENRY J.GRAVES HRG ASSOCIATED ALLIANCES OF REAL ESTATE AND HIGHER EDUCATION A LEARNING UNIVERSITY Motion to inlarge the time of six (6) months for the appropriate citation' status;Treaties et al;

MOTION'S FURTHER.

(1) ENLARGE time for utilization of The Department of EEOC and U.S. Criminal Justice Act of USA and Civil Justice Reform Act of 2000/2002.

(2) Enlarge the time for utilization of president legislation of no child left behind for six month, and reform the Justice Department on a special Executive order through the U.S.First Circuit U.S. District Court/U.S.Court/U.S.Supreme Court. that Henry J.Graves and HENRY J.GRAVES HRG ASSOCIATED ALLIANCES REAL ESTATE SCHOOLS INC. et al.HENRY J.GRAVES HRG ASSOCIATED ALLIANCES OF REAL ESTATE AND HIGHER EDUCATION A LEARNING UNIVERSITY CORP. LEGAL INSTITUTE

HENRY J GRAVES HRG ASSOCIADED ALLIANCES OF

REAL ESTATE AND HIGHER EDUCATION A LEARNING UNIVERSITY

BY

HENRY J. GRAVES HRG ASSOCIATED ALLIANCES REAL ESTATE

SCHHOOLS INC.

*[signature]*
67-69 dEVON Street P.O. Box 960221

Boston Massachusetts 02196

Tel. 617-541-0484 or 4270214