UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HENRY J. GRAVES HRG ASSOCIATED ALLIANCE REAL ESTATE SCHOOLS, INC, )<br><br>Plaintiff, )<br><br>v. )<br>)<br>DARYL D. MALDEN LAW OFFICE, LLP, )<br>DARYL D. MALDEN, )<br>DEVINE BARROWS DEVINE LLP, )<br>THE MORTGAGE COMPANY INC., )<br>PRESIDENT, )<br>NUR MOHOMMED, )<br>ALLSTATE MORTGAGE COMPANY, )<br>COMMONWEALTH OF MASSACHUSETTS, and )<br>DENISE R. ALLEN, )<br><br>Defendants. ) | CIVIL NO. 04-10634-MEL |

**THE MORTGAGE COMPANY, INC.'S OPPOSITION TO**
**<u>SET ASIDE JUDGMENT</u>**

The Mortgage Company, Inc. ("Mortgage Company") submits this opposition to the Plaintiff's motion titled "Motion to setaside [sic] order's For Defendants." This motion, like the plaintiff's previous motions, is without merit. The plaintiff has yet to offer any reasons why the Court's Order dismissing the case and denying the plaintiff's motion to vacate should not stand.

In further support of this opposition, the Mortgage Company relies on the previously filed motions to dismiss and motions in opposition to vacate the judgment filed by the Mortgage Company and by the other defendants in this case.

00048669.DOC

WHEREFORE, the Mortgage Company requests that the plaintiff's motion be denied.

    Respectfully submitted,

    THE MORTGAGE COMPANY, INC.

    By its attorneys,

    ___/s/ Kenneth D. Small_____
    Kenneth D. Small, BBO# 567868
    Daryl DeValerio Andrews, BBO# 658523
    Sherin and Lodgen LLP
    101 Federal Street
    Boston, MA  02110
    (617) 646-2000

Dated: January 12, 2005