UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



FILED
IN CLERKS OFFICE
2005 JAN 18 P 3:20
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| HENRY J. GRAVES, Individually, HENRY J. GRAVES, HRG ASSOCIATED ALLIANCES REAL ESTATE SCHOOLS, INC., <br><br>    **Plaintiffs** <br><br> v. <br><br> LAW OFFICE OF DEVINE BARROWS DEVINE, LP, MICHAEL BARROWS, Individually, <br><br>    **Defendants** | CIVIL ACTION NO. 04-CV-10634 MEL |

### OPPOSITION OF MICHAEL BARROWS AND DEVINE BARROWS DEVINE, LP TO PLAINTIFF'S MOTION TO SET ASIDE JUDGMENT

The defendants, Michael Barrows and Devine Barrows Devine, LP submit this opposition to the plaintiff's newest effort to set aside the judgment of dismissal in this matter. The plaintiff's motion is without merit and the plaintiff sets forth no reason why the court should set aside the judgment in this matter. In further support, the defendants rely upon and incorporate by reference their previously filed motion to dismiss, the motions to dismiss filed by the other defendants in this matter as well as the oppositions to this motion and the previously filed motion to vacate the judgment.

For all of the foregoing reasons, the defendants, Michael Barrows and Devien Barrows Devine, LP, respectfully request that the plaintiff's motion to set aside the judgment be denied.

DEVINE BARROWS DEVINE, LP and
MICHAEL BARROWS
By their attorneys,

Michael J. Stone, Esq., BBO No.: 482060
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

## CERTIFICATE OF SERVICE

I, Michael J. Stone, Esq., hereby certify that on this /4th day of January, 2005, I caused a copy of the above to be served by first class mail, postage prepaid to:

Henry J. Graves, pro se
67-69 Devon Street
P.O. Box 960221
Boston, MA 02197

Annapurna Balakrishna
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698

Darryl D. Malden, Esq.
Darryl D. Malden Law Office, LP
90 Warren Street, Suite 100
Boston, MA 02119

Kenneth D. Small, Esq.
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110

Michael J. Stone

PABOS2:MSTONE:605936_1
14811-90578